UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FIFTH DIVISION

Sundance Silviculture, Inc.,

Plaintiff,

vs.

Fecon, Inc. and
Delta Machine Products, Inc.,

Defendants.

Civil No. 01-CV-1824 PAM/RLE

**STIPULATION TO EXTEND TIME FOR DEFENDANT DELTA MACHINE PRODUCTS, INC. TO FILE ANSWER AND ORDER**

**IT IS HEREBY STIPULATED AND AGREED** by and between Plaintiff and Defendant Delta Machine Products, Inc., through their undersigned counsel, that Defendant Delta Machine Products, Inc. be permitted an extension up to and including Thursday, November 15, 2001, to file an Answer in the above-entitled action.

Dated: Nov. 2, 2001

**HANFT FRIDE, P.A.**

By: [signature]
Robin C. Merritt (I.D. No.194621)
1000 U.S. Bank Place
130 West Superior Street
Duluth, MN 55802
(218) 722-4766
Attorneys for Sundance Silviculture, Inc.

Dated: 11-1-01

**PARSINEN KAPLAN ROSBERG & GOTLIEB P.A.**

By: [signature]
Joseph M. Sokolowski (I.D. No. 178366)
100 South Fifth Street, Suite 1100
Minneapolis, MN 55402
(612) 333-2111
Attorneys for Delta Machine Products, Inc.

4

FILED NOV 06 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

**ORDER**

Based upon the foregoing Stipulation, **IT IS HEREBY ORDERED** that Defendant Delta Machine Products, Inc. is granted an extension up to and including November 15, 2001 to file an Answer in the above-entitled action.

BY THE COURT:

Dated: 11-06-01

Raymond L. Erickson

The Honorable Raymond L. Erickson
United States District Court Magistrate Judge