UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FIFTH DIVISION

| | |
|---|---|
| SUNDANCE SILVICULTURE, INC., Plaintiff, vs. FECON, INC. AND DELTA MACHINE PRODUCTS, INC., Defendants. | Court File No. 01CV1824 PAM/RLE<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO ANSWER** |

## STIPULATION

The undersigned plaintiff and defendant, by and through their counsel, hereby stipulate and agree that the time within which defendant Fecon, Inc. may answer the Complaint herein, may be and hereby is extended to and including November 15, 2001.

Dated: Nov. 2, 2001.

HANFT FRIDE, A Professional Association.

By [signature]
Robin C. Merritt (#194621)
1000 U.S. Bank Place
130 West Superior Street
Duluth, Minnesota 55802-2094
Telephone: (218) 722-4766

ATTORNEYS FOR PLAINTIFF SUNDANCE SILVICULTURE, INC.

FILED NOV 06 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

(5)

Dated: October 31, 2001.

GRAY, PLANT, MOOTY,
MOOTY & BENNETT, P.A.

By [signature]
Kathryn J. Bergstrom (#218431)
3400 City Center
33 South Sixth Street
Minneapolis, Minnesota 55402
Telephone: (612) 343-2823

ATTORNEYS FOR DEFENDANT FECON, INC.

**ORDER**

Pursuant to the foregoing Stipulation, it is hereby ordered that the time within which defendant Fecon, Inc. may answer plaintiff's Complaint, is extended to and including November 15, 2001.

Dated: 11-06, 2001.

BY THE COURT:

[signature]
The Honorable Raymond Erickson
United States Magistrate Judge

GP:836400 v1