UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FIFTH DIVISION

| | | |
|---|---|---|
| SUNDANCE SILVICULTURE, INC., Plaintiff, | ) | Court File No. 01CV1824 PAM/RLE |
| vs. | ) | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| FECON, INC. AND DELTA MACHINE PRODUCTS, INC., Defendants. | ) | |

## STIPULATION

The parties, through their undersigned counsel, hereby agree that the above-captioned matter may be dismissed with prejudice and on the merits and without further award of costs or fees to any party.

Dated: Apr. 15, 2002.

HANFT FRIDE, A Professional Association.

By [signature]
Robin C. Merritt (#194621)
1000 U.S. Bank Place
130 West Superior Street
Duluth, Minnesota 55802-2094
Telephone: (218) 722-4766

ATTORNEYS FOR PLAINTIFF SUNDANCE SILVICULTURE, INC.

APR 30 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Dated: 4-29, 2002.

GRAY, PLANT, MOOTY,
MOOTY & BENNETT, P.A.

By [signature]
Kathryn J. Bergstrom (#218431)
3400 City Center
33 South Sixth Street
Minneapolis, Minnesota 55402
Telephone: (612) 343-2823

ATTORNEYS FOR DEFENDANT FECON, INC.

Dated: 3-27, 2002.

PARSINEN KAPLAN ROSBERG & GOTLIEB P.A.

By ____________________

Joseph M. Sokolowski (#178366)
100 South 5th Street, #1100
Minneapolis, MN 55402
Telephone: (612) 342-0318

ATTORNEYS FOR DEFENDANT DELTA MACHINE PRODUCTS, INC.

**ORDER**

Pursuant to the foregoing Stipulation of the parties, the Court hereby orders that the above-captioned matter be dismissed with prejudice and on the merits and without further award of costs or fees to any party.

Dated: April 30, 2002

BY THE COURT:

The Honorable Paul A. Magnuson
United States District Court

GP:878250 v1